IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LINDA C. TOM                          :

    Plaintiff                       :

V.                                    :     Case No. J-98-2218

NORTHWEST AIRLINES, INC.,             :
et al
    Defendants                      :

### ORDER STRIKING ATTORNEY'S APPEARANCE

It is this _22nd_ day of _September_, 1999, by the United States District Court for the District of Maryland, ordered as follows:

    1. That the Motion to Withdraw Appearance is hereby granted, and the appearance of Harvey K. Maizels is stricken from the case.

    2. That plaintiff Linda C. Tom is directed to have new counsel enter his or her appearance in the case or else instruct the Clerk of her intention to proceed in proper person.

_____
Judge

GOLDSTEIN, MILLER & MAIZELS
ATTORNEYS AT LAW
218 E. LEXINGTON STREET
BALTIMORE, MD. 21202-3532

TELEPHONE (410) 752-6203