IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LINDA C. TOM                      :
                                  :
        v.                        :    CIVIL ACTION NO. JFM-98-2218
                                  :
NORTHWEST AIRLINES, ET AL.        :
                                  :
                          ..oOo..


## O R D E R


On August 24, 1999, summary judgment was entered in favor of the defendants and against the plaintiff. (*See* Paper Nos. 32 & 33.) On September 13, 1999, counsel for defendant Northwest Airlines, Inc. ("Northwest") filed a Bill of Costs request pursuant to Fed. R. Civ. P. 54(d)(1) and 28 U.S.C. § 1920, seeking an award of $3,420.04 in costs associated with the copies of dispositive pleadings/exhibits and plaintiff's deposition. (Paper No. 35.) No objection has been filed.

The Fourth Circuit recently affirmed the judgment of this Court on August 30, 2000. Therefore, the undersigned will tax the recoverable expenses set out herein as unopposed. *See* Local Rule

**9**

109.1.c. (D.Md.). Costs shall be awarded in the amount of

$1,851.49.[1]

Dated this _____ day of September, 2000.

Felicia Cannon
Clerk
United States District Court
District of Maryland

_____

[1]    The item seeking court reporter fees has been reduced.
Northwest is not entitled to the award of costs for both the court
reporter and *de bene esse* versions of plaintiff's November 18 and 19,
1998 deposition.    Therefore, costs shall be awarded in the amount of
$1,525.00 as to this item.

2